HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED
SEP 2 0 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROLYN ANDERSON,<br><br>                Plaintiff,<br>v.<br><br>DOMINO'S PIZZA, INC., DOMINO'S PIZZA, LLC, FOUR OUR FAMILIES, INC. and CALL-EM-ALL, LLC,<br><br>                Defendants. | CIVIL ACTION NO.: C11-902-RBL<br><br>[PROPOSED] ORDER GRANTING MOTION TO AMEND ANSWER TO INCLUDE CROSSCLAIM |

Upon the Motion of Defendant Call-Em-All, LLC, and for good cause shown, IT IS HEREBY ORDERED that Call-Em-All, LLC may file the Amended Answer which is proffered as "Exhibit A" to the instant application.

Dated this ___20th___ day of ___September___, 2011

_____
THE HONORABLE RONALD B. LEIGHTON

[PROPOSED] ORDER GRANTING MOTION TO
AMEND ANSWER TO INCLUDE CROSS-CLAIMS
– Page 1
Case No. 11-902-RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900