HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROLYN ANDERSON,<br><br>      Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA, INC., DOMINO'S PIZZA, LLC, FOUR OUR FAMILIES, INC. and CALL-EM-ALL, LLC,<br><br>      Defendants. | No. C11-902RBL<br><br>~~(PROPOSED)~~ ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND CLASS CERTIFICATION DEADLINE UNDER W.D. WASH. LOCAL RULES 7(d)(2)(A) AND 23(i)(3)<br><br>NOTE ON MOTION CALENDAR:<br>Friday, January 20, 2012 |

The Court has considered the Motion of the Plaintiff, Defendants' Opposition and Plaintiff's Reply. The Motion is granted. The Court permits Plaintiff to file her Motion for Class Certification effective December 22, 2011.

Dated: January 27, 2012

_____
HONORABLE RONALD B. LEIGHTON

Presented by:
WILLIAMS & WILLIAMSON

/s/Rob Williamson
Rob Williamson, WSBA #11387

*Attorneys for Plaintiff*

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO
EXTEND CLASS CERTIFICATION DEADLINE UNDER
W.D. WASH. LOCAL RULES 7(d)(2)(A) AND 23(a)(3) - 1
(C11-902RBL)




WILLIAMSON & WILLIAMS
17253 AGATE STREET NE
BAINBRIDGE ISLAND, WA 98110
(206) 780-4447
(206) 780-5557 (FAX)
www.williamslaw.com