THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROLYN ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA, INC., DOMINO'S PIZZA, LLC, FOUR OUR FAMILIES, INC. and CALL-EM-ALL, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 2:11-cv-00902 RBL<br><br>**STIPULATED JUDGMENT AS TO DEFENDANT CALL-EM-ALL, LCC** |

## I. JUDGMENT SUMMARY

1.1 **Judgment Creditor:**           Carolyn Anderson

1.2 **Judgment Debtor:**             Call-Em-All, LLC

1.3 **Judgment Amount:**             $5,000.00 (inclusive of costs and fees)

1.4 **Post-Judgment Interest Rate:** 12% per annum
                                     (beginning 30 days after entry of this Stipulated Judgment)

1.5 **Attorney for Judgment Creditor:** Rob Williamson (WSBA No. 11387)

1.6 **Attorney for Judgment Debtor:**   Anthony Todaro (WSBA No. 30391)

STIPULATED JUDGMENT AS TO DEFENDANT
CALL-EM-ALL, LLC – 1
No. 2:11-cv-00902 RBL

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1    Call-Em-All has made an offer of judgment in favor of the plaintiff in the amount of $5,000.00 which has been accepted. Accordingly, the parties enter into this Stipulated Judgment and waive any right to appeal from this Stipulated Judgment.

This Court shall retain jurisdiction of this action for the purpose of implementing and enforcing the terms and conditions of the Stipulated Judgment and for all other purposes; and

The Court finds no just reason for delay and directs entry of this Stipulated Judgment.

**SO ORDERED** this 29th day of August, 2012.

                                                  _____
                                                  Ronald B. Leighton
                                                  United States District Judge

SO STIPULATED and respectfully submitted,

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**

*/s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
1001 4th Ave., Suite 3900
Seattle, WA  98154-1051
atodaro@corrcronin.com
Tel.206.625.8600

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**

*/s/ Scott Shaffer*
Scott Shaffer (admitted *Pro Hac Vice*)
Park Avenue Tower
65 East 55th Street
New York, New York 10022
scott@lustigmanfirm.com
Tel. 212.451.2300

*ATTORNEYS FOR
DEFENDANT CALL-EM-ALL, LLC*

STIPULATED JUDGMENT AS TO DEFENDANT
CALL-EM-ALL, LLC – 2
No. 2:11-cv-00902 RBL

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  **WILLIAMSON & WILLIAMS**

2  */s/ Rob Williamson*
   Rob Williamson, WSBA No. 11387
3  17253 Agate Street NE
   Bainbridge Island, WA  98110
4  (206) 780-4447 Phone
5  roblin@williamslaw.com

6  ***ATTORNEYS FOR PLAINTIFFS***

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED JUDGMENT AS TO DEFENDANT
CALL-EM-ALL, LLC – 3
No. 2:11-cv-00902 RBL

**CORR CRONIN MICHELSON**
**BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900