THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTRN DISTRICT OF WASHINGTON
AT TACOMA

CAROLYN ANDERSON,

    Plaintiff,

  v.

DOMINO'S PIZZA, INC., DOMINO'S PIZZA, LLC, FOUR OUR FAMILIES, INC., and CALL-EM-ALL, LLC,

    Defendants.

NO. C11-902RBL

STIPULATED JUDGMENT AS TO DEFENDANT FOUR OUR FAMILIES, INC.

## I. JUDGMENT SUMMARY

| | | |
|---|---|---|
| 1.1 | Judgment Creditor: | Carolyn Anderson |
| 1.2 | Judgment Debtor: | Four Our Families, Inc. |
| 1.3 | Judgment Amount: | $3,000 (inclusive of costs and fees) |
| 1.4 | Post-Judgment Interest Rate: | 12% per annum (beginning 30 days after entry of this Stipulated Judgment) |
| 1.5 | Attorney for Judgment Creditor: | Rob Williamson (WSBA No. 11387) |
| 1.6 | Attorney for Judgment Debtor: | Nelson C. Fraley II (WSBA No. 26742) |

Stipulated Judgment as to Defendant
Four Our Families, Inc. - 1 of 2

FAUBION, REEDER, FRALEY & COOK, P.S.
5920 100th St. SW #25
Lakewood, WA 98499
(253) 581-0660

Four Our Families, Inc. has made an offer of judgment in favor of Plaintiff in the amount of $3,000 which has been accepted.  Accordingly, the parties entered into this Stipulated Judgment and waive any right to appeal from this Stipulated Judgment.

This Court shall retain jurisdiction of this action for the purpose of implementing and enforcing the terms and conditions of the Stipulated Judgment and for all other purposes; and

The Court finds no just reason for delay and directs entry of this Stipulated Judgment.

**SO ORDERED** this 6th day of September, 2012.

_____
Ronald B. Leighton
United States District Judge

SO STIPULATED and respectfully submitted,

**FAUBION, REEDER, FRALEY & COOK  P.S.**

/s/ Nelson C. Fraley II _____
Nelson C. Fraley II, WSBA No. 26742
Attorneys for Defendant, Four Our Families, Inc.
5920 – 100th Street SW, Suite 25
Lakewood, WA 98499
nfraley@fjr-law.com
253-581-0660 office


**WILLIAMSON & WILLIAMS**

/s/ Rob Williamson_____
Rob Williamson, WSBA No. 11387
Attorneys for Plaintiff
17253 Agate Street NE
Bainbridge Island, WA 98110
roblin@williamslaw.com
206-780-4447 office

Stipulated Judgment as to Defendant
Four Our Families, Inc. - 2 of 2

FAUBION, REEDER, FRALEY & COOK, P.S.
5920 100th St. SW #25
Lakewood, WA 98499
(253) 581-0660