# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROLYN ANDERSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FOUR OUR FAMILIES, INC and CALL-EM-ALL, LLC.,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 11-CV-902 RBL |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court enters judgment in favor of Call-Em-All, LLC against Four Our Families, Inc., the sum of $5,000, the sum paid by Call-Em-All, LLC to settle the claims of the plaintiff and further, the sum of $500.00 as reasonable attorney fees.


Dated . September 14, 2012

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Jean Boring
　　　　　　　　　　　　　　　　　　　Deputy Clerk